Action by John L. Ebbers against Fred T. Kettelhodt. No opinion. Judgment of the Municipal Court affirmed, with costs.

ECCARDT, Appellant, v. EISENHAUER, Respondent. (Supreme Court, Appellate Division, Second Department. January 30, 1903.) Action by Catharine Eccardt against John Eisenhauer. No opinion. Motion to resettle order granted.

ECKEL et al., Appellants, v. REICHMANN et al., Respondents. (Supreme Court, Appellate Division, First Department. January 9, 1903.) Action by Henry Eckel and others against Theodor Reichmann and others. J. A. Douglas, for appellants. H. Swain, for respondents. No opinion. Judgment affirmed, with costs.

EDWARDS, Appellant, v. FORTY-SECOND ST. M. & ST. N. AV. RY. CO., Respondent. (Supreme Court, Appellate Division. First Department. February 6, 1903.) Action by William H. Edwards against the Forty-Second St. M. & St. N. Av. Railway Company. M. Feltenstein, for appellant. J. M. O'Neill, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

EGAN, Appellant, v. FITCH et al., Respondents. (Supreme Court, Appellate Division, First Department. February 6, 1903.) Action by Julia H. Egan against Allen Fitch and others. H. W. Leonard, for appellant. C. J. Sullivan, for respondents. No opinion. Judgment affirmed, with costs.

ELDRIDGE, Respondent, v. CORNING, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 30, 1903.) Action by George I. Eldridge against Anna Corning. No opinion. Judgment and order affirmed, with costs.

In re ELMIRA TRUST CO. (Supreme Court, Appellate Division, Third Department. January 20, 1903.) In the matter of the application of the Elmira Trust Company to be designated as a depositary bank for court funds. No opinion. Motion granted.

EMBERSON, Respondent, v. WILSON, Appellant. (Supreme Court, Appellate Division, Second Department. January 9, 1903.) Action by Samuel Emberson against Edward C. Wilson. No opinion. Judgment and order affirmed, with costs.

ENNIS, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 6, 1903.) Action by Matthew Ennis against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order affirmed, with costs.

EPISCOPO, Respondent, v. MAYOR, ETC., OF CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, First Depart-ment. February 20, 1903.) Action by Henry A. Episcopo against the mayor and council of the city of New York. T. Connoly, for appellant. G. R. Hawes, for respondent. No opinion. Judgment affirmed, with costs. See 72 N. Y. Supp. 140.

ERSKINE v. ERSKINE. (Supreme Court, Appellate Division, First Department. January 16, 1903.) Action by John K. Erskine against Marie A. Erskine. No opinion. Motion denied, with $10 costs.

FAIRCHILD et al., Respondents, v. EBERHARD et al., Appellants. (Supreme Court, Appellate Division, First Department. January 9, 1903.) Action by Fairchild Bros. against Matilda Eberhard and others. G. H. Taylor, for appellants. G. T. Kirby, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

FAULKNER, Appellant, v. COMPTON, Respondent. (Supreme Court Appellate Division, First Department. January 9, 1903.) Action by James A. Faulkner against Charles R. Compton. E. W. S. Johnston, for appellant. W. Sharp, for respondent. No opinion. Judgment affirmed, with costs.

FERDINAND MUNCH BREWERY, Respondent, v. NEW YORK & N. S. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. February 11, 1903.) Action by the Ferdinand Munch Brewery against the New York & North Shore Railway Company. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.

FISCHER, Respondent, v. SHEEHAN, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 13, 1903.) Action by Charles Fischer against Daniel F. Sheehan. No opinion. Judgment and order affirmed, with costs.

FISHER, Respondent, v. YOUNG, Appellant. (Supreme Court, Appellate Division, Third Department. January 23, 1903.) Action by Edward B. Fisher by his guardian, etc., against William M. Young. No opinion. Judgment and order unanimously affirmed, with costs.

FISK et al. v. FISK et al. (Supreme Court, Appellate Division, First Department. January 16, 1903.) Action by Almira G. Fisk and another against Fisk, Clark & Flagg. No opinion. Motion denied, with $10 costs.

FITCH et al., Appellants, v. FRASER, Respondent. (Supreme Court, Appellate Division, Third Department. January 14, 1903.) Action by Augustus S. Fitch and others against Tina B. Fraser. No opinion. Motion denied, without costs.

FITZPATRICK, Appellant, v. HUDSON RIVER WATER POWER CO., Respondent. (Supreme Court, Appellate Division, Third Department. January 20, 1903.) Action by Ed-